**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | **Chapter 11** |
| | ) | |
| **NNN CYPRESSWOOD DRIVE 25, LLC** | ) | **Case No. 12-50952** |
| | ) | |
| Debtor. | ) | **Hon. Carol A. Doyle** |
| | ) | |

**GENERAL NOTES, STATEMENT AND**
**RESERVATION OF RIGHTS REGARDING DEBTOR'S**
**SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS**

The Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statements") filed herewith by NNN Cypresswood Drive 25, LLC (the "Debtor") in the United States Bankruptcy Court of the Northern District of Illinois, Eastern Division (the "Bankruptcy Court"), were prepared pursuant to section 521 of title 11, United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by Debtor's financial consultant with assistance of the Debtor's bankruptcy counsel.

The Debtor owns an undivided interest in real property located in Houston, Texas (the "Property") as a tenant in common (a "TIC") along with thirty-two other single purpose limited liability companies (collectively with the Debtor, the "TICs").[1] Each of the thirty-three TICs is entitled to the undivided possession or right to possession of the Property. As a TIC, the Debtor is entitled to possession of all personal property related to the operation of the Property and liable for certain operational debts. The Tenants in Common Agreement further requires the joint and several liability of each TIC for any debt incurred by a TIC related to the operation of the Property or any loan secured by the Property that becomes recourse. All assets and liabilities for the collective TICs are denoted in the Schedules and Statements with the preface "TICs" in the description. All assets and liabilities owed or owned solely by the Debtor contain the preface "Debtor."

---

[1] The thirty-three TICs, including the Debtor, are: NNN Cypresswood Drive, LLC, NNN Cypresswood Drive 1, LLC, NNN Cypresswood Drive 3, LLC, NNN Cypresswood Drive 4, LLC, NNN Cypresswood Drive 5, LLC, NNN Cypresswood Drive 6, LLC, NNN Cypresswood Drive 7, LLC, NNN Cypresswood Drive 9, LLC, NNN Cypresswood Drive 10, LLC, NNN Cypresswood Drive 11, LLC, NNN Cypresswood Drive 12, LLC, NNN Cypresswood Drive 13, LLC, NNN Cypresswood Drive 14, LLC, NNN Cypresswood Drive 15, LLC, NNN Cypresswood Drive 16, LLC, NNN Cypresswood Drive 17, LLC, NNN Cypresswood Drive 18, LLC, NNN Cypresswood Drive 19, LLC, NNN Cypresswood Drive 20, LLC, NNN Cypresswood Drive 21, LLC, NNN Cypresswood Drive 22, LLC, NNN Cypresswood Drive 23, LLC, NNN Cypresswood Drive 24, LLC, NNN Cypresswood Drive 25, LLC, NNN Cypresswood Drive 26, LLC, NNN Cypresswood Drive 27, LLC, NNN Cypresswood Drive 28, LLC, NNN Cypresswood Drive 29, LLC, NNN Cypresswood Drive 30, LLC, NNN Cypresswood Drive 31, LLC, NNN Cypresswood Drive 32, LLC, NNN Cypresswood Drive 33, LLC, NNN Cypresswood Drive 34, LLC.

The Property is currently managed, without prejudice to any party's position, by Daymark Realty Advisors ("Daymark").   The financial consultant and bankruptcy counsel obtained the information related to the TICs' assets and liabilities from Daymark.   Neither the Debtor, its agents, nor its attorneys guarantee or warrant the accuracy, the completeness, or correctness of the data in the Schedules and the Statements herein related to the TICs, and none of these parties are or may be liable for any loss or injury arising out of or caused in whole or in part by any acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained therein relating to the TICs.   While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.

Accordingly, the Schedules and the Statements are subject to modification, amendment and supplement as a matter of course at any time before the Debtor's case is closed pursuant to Rule 1009 of the Bankruptcy Rules.   Moreover, because the Schedules and the Statements contain unaudited information that is subject to further review and potential adjustment, there can be no assurance that these Schedules and the Statements are complete or accurate.   This General Notes, Statement and Reservation of Rights Regarding Debtor's Schedules and Statements of Financial Affairs is incorporated by reference in, and comprises an integral part of, the Schedules and the Statements, and should be referred to and considered in connection with any review of the Schedules and the Statements.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

____Northern____ District Of _____Illinois_____

In re   NNN Cypresswood Drive 25, LLC                Case No. 12-50952_____
            Debtor

                                                     Chapter _____11_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | Unknown | | |
| B - Personal Property | YES | 4 | $ 336,293.15 | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 17,506,636.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | NO | 0 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 5 | | $ 17,674,635.02 | |
| G - Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H - Codebtors | YES | 2 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0 |
| TOTAL | | | Unknown | $ 35,181,271.02 | |

**B6A (Official Form 6A) (12/07)**

In re ___NNN Cypresswood Drive 25, LLC___ ,          Case No. _____12-50952_____
               **Debtor**                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 9720 and 9730 Cypresswood Drive Houston, TX 77070 (office building and restaurant) | Fee simple tenancy in common 3.305% | | UNKNOWN | $17,500,000.00 |
| | | Total➤ | UNKNOWN | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re     NNN Cypresswood Drive 25, LLC     ,          Case No.     12-50952
                    **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | TICs - Various bank accounts. See Attachment #1 for detail. | | $283,389.08 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | TICs - Various pieces of artwork. See Attachment #2 for detail. | | $9,025.00 |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  NNN Cypresswood Drive 25, LLC                      ,          Case No.  12-50952
                    **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | TICs - See Attachment #3 for detail. | | $38,299.07 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re    NNN Cypresswood Drive 25, LLC    ,    Case No.    12B-50952
          **Debtor**    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | TICs - Lobby furniture.  See Attachment #2 for detail. | | $5,580.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | TICs - Various tools. See Attachment #2 for detail.  No value provided. | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

    0    continuation sheets attached    Total▸   $336,293.15

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

**NNN CYPRESSWOOD DRIVE 25, LLC**
**CASE #12-50952**
**SCHEDULE B ATTACHMENT #1**

**#2.  TICs Bank Accounts**

| | |
|---|---|
| Torrey Pines Bank<br>Depository Account<br>12220 El Camino Real, Ste. 110<br>San Diego, CA 92130 | $58,368.04 |
| Torrey Pines Bank<br>Operating Account<br>12220 El Camino Real, Ste. 110<br>San Diego, CA 92130 | $168,300.75 |
| Wells Fargo<br>P.O. Box 63020<br>San Francisco, CA 94163 | $56,720.29 |
| TOTAL | $283,389.08 |

**#2.  DIP Bank Account**

| | |
|---|---|
| BankFinancial F.S.B.<br>DIP Account<br>6415 West 93rd Street<br>Chicago Ridge, IL 60415-2600<br>Acct No. xxxxxx2911 | $0.00 |
| TOTAL | $0.00 |

9720 Cypresswood Inventory

**Artwork**

70 pieces of artwork – $9,025.00

**1st floor Lobby Furniture**

4 leather chairs

1 large rug

1 coffee table - $5,580.00

**Conference Room A**

1 conference room table

7 chairs

1 entrance table

1 Lamp

2 black vases

1 wall artwork

1 small side table

**Conference room B**

1 conference table

11 chairs

1 side table

1 credenza

2 lamps

1 flat screen tv

2 wall art pieces

1 artificial plant

**Kitchen B**

1 refrigerator

1 microwave

**Kitchen A**

1 refrigerator

1 microwave

**Engineer Supplies**

1 cordless drill

Tool pouch with tools

Tool cart

One Infrared thermometer

One light bulb cart

Tool box with tools

One grease gun

Three Ladders 6' 8' 12'

One lockout tag out kit

Two push brooms

One cordless blower & charger

One key machine

One Dayton shop vacuum

One extension paint pole

One four wheel dollies

One animal trap

One computer for the EMS

One computer for the security cameras

One computer for the building access system

One brother printer

| Database: | DAYMARK | | | **Receivable Aging Detail** | | | | | Page: | 1 |
| Report Id: | GERI_ARAGE | | | **Cypresswood Drive** | | | | | Date: | 1/11/2013 |
| Consolidated Properti PCYPRE | | | | **As of December, 31 2012** | | | | | Time: | 02:38 PM |

| Tenant | Date | Period | Total Owed | 1 to 30 Owed | 31 to 60 Owed | 61 to 90 Owed | over 90 Owed | Pre-Paid | Comments |
|---|---|---|---|---|---|---|---|---|---|
| PCYPRE1  032424   100   Current   Chicago Title Insurance Compan | | | | Security Deposit: | 0.00 | | | | |
| Prepaid 1/2013 Rent ck #500202 | 12/31/2012 | 12/2012 | -10,577.45 | 0.00 | 0.00 | 0.00 | 0.00 | -10,577.45 | |
| Total (032424) Chicago Title Insurance Compan | | | -10,577.45 | 0.00 | 0.00 | 0.00 | 0.00 | -10,577.45 | |
| PCYPRE2  032471   100   Current   Leasing Enterprises, Ltd., dba | | | | Security Deposit: | 26,680.33 | | | | |
| Prepaid 1/2013 Rent ck # 73726 | 12/31/2012 | 12/2012 | -31,380.36 | 0.00 | 0.00 | 0.00 | 0.00 | -31,380.36 | |
| Total (032471) Leasing Enterprises, Ltd., dba | | | -31,380.36 | 0.00 | 0.00 | 0.00 | 0.00 | -31,380.36 | |
| PCYPRE1  00064745  130   Current   DDAP, Inc. | | | | Security Deposit: | 2,637.83 | | | | |
| Prepaid 1/2013 Rent ck # 9007 | 12/28/2012 | 12/2012 | -2,476.33 | 0.00 | 0.00 | 0.00 | 0.00 | -2,476.33 | |
| Total (00064745) DDAP, Inc. | | | -2,476.33 | 0.00 | 0.00 | 0.00 | 0.00 | -2,476.33 | |
| PCYPRE1  032461   150   Current   Daniel S. Offutt | | | | Security Deposit: | 2,374.00 | | | | |
| Prepayment ck# 20 | 12/5/2012 | 12/2012 | -0.05 | 0.00 | 0.00 | 0.00 | 0.00 | -0.05 | |
| Total (032461) Daniel S. Offutt | | | -0.05 | 0.00 | 0.00 | 0.00 | 0.00 | -0.05 | |
| PCYPRE1  032769   160   Inactive   Wyman-Gordon Forgings, Inc. | | | | Security Deposit: | 10,662.50 | | | | |
| Mo. Base Rent Charge | 11/1/2012 | 11/2012 | 10,662.50 | 0.00 | 10,662.50 | 0.00 | 0.00 | 0.00 | |
| Parking Fee | 11/1/2012 | 11/2012 | 50.00 | 0.00 | 50.00 | 0.00 | 0.00 | 0.00 | |
| Tax for PPF | 11/1/2012 | 11/2012 | 4.13 | 0.00 | 4.13 | 0.00 | 0.00 | 0.00 | |
| Total (032769) Wyman-Gordon Forgings, Inc. | | | 10,716.63 | 0.00 | 10,716.63 | 0.00 | 0.00 | 0.00 | |
| PCYPRE1  00064823  180   Current   Steel Distributors Int. | | | | Security Deposit: | 2,741.96 | | | | |
| Prepaid rent | 3/23/2012 | 06/2012 | -2,630.04 | 0.00 | 0.00 | 0.00 | 0.00 | -2,630.04 | |
| Prepaid rent | 7/2/2012 | 07/2012 | -2,630.04 | 0.00 | 0.00 | 0.00 | 0.00 | -2,630.04 | |
| Total (00064823) Steel Distributors Int. | | | -5,260.08 | 0.00 | 0.00 | 0.00 | 0.00 | -5,260.08 | |
| PCYPRE1  00063726  204   Current   Heritage Bag Company | | | | Security Deposit: | 2,300.94 | | | | |
| Credit Trsfr from LS ID 32760 | 8/6/2012 | 08/2012 | -4,918.13 | 0.00 | 0.00 | 0.00 | -4,918.13 | 0.00 | |
| Mo. Base Rent Charge | 9/1/2012 | 09/2012 | 132.11 | 0.00 | 0.00 | 0.00 | 132.11 | 0.00 | |
| Mo. Base Rent Charge | 10/1/2012 | 10/2012 | 132.11 | 0.00 | 0.00 | 132.11 | 0.00 | 0.00 | |
| Mo. Base Rent Charge | 11/1/2012 | 11/2012 | 132.11 | 0.00 | 132.11 | 0.00 | 0.00 | 0.00 | |
| Mo. Base Rent Charge | 12/1/2012 | 12/2012 | 132.11 | 132.11 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Prepaid 1/2013 Rent ck # 89607 | 12/24/2012 | 12/2012 | -2,168.83 | 0.00 | 0.00 | 0.00 | 0.00 | -2,168.83 | |
| Total (00063726) Heritage Bag Company | | | -6,558.52 | 132.11 | 132.11 | 132.11 | -4,786.02 | -2,168.83 | |
| PCYPRE1  00064873  212   Current   The Riddle Law Firm. P.C | | | | Security Deposit: | 2,132.17 | | | | |
| Prepaid 1/2013 Rent ck#9691 | 12/31/2012 | 12/2012 | -2,035.25 | 0.00 | 0.00 | 0.00 | 0.00 | -2,035.25 | |

| Database: | DAYMARK | | Receivable Aging Detail | | | | | Page: | 2 |
|---|---|---|---|---|---|---|---|---|---|
| Report Id: | GERI_ARAGE | | Cypresswood Drive | | | | | Date: | 1/11/2013 |
| Consolidated Properti PCYPRE | | | As of December, 31 2012 | | | | | Time: | 02:38 PM |

| Tenant | Date | Period | Total Owed | 1 to 30 Owed | 31 to 60 Owed | 61 to 90 Owed | over 90 Owed | Pre-Paid | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Total (00064873) The Riddle Law Firm. P.C | | | -2,035.25 | 0.00 | 0.00 | 0.00 | 0.00 | -2,035.25 | |
| | | | | | | | | | |
| PCYPRE1  032429  214  Inactive  Lawson Group, Inc. | | | | | Security Deposit: | | 0.00 | | |
| | | | | | | | | | |
| Mo. Base Rent Charge | 11/1/2008 | 11/2008 | 743.68 | 0.00 | 0.00 | 0.00 | 743.68 | 0.00 | |
| Mo. Base Rent Charge | 12/1/2008 | 12/2008 | 1,222.67 | 0.00 | 0.00 | 0.00 | 1,222.67 | 0.00 | |
| Revised 07 CAM Rec | 12/1/2008 | 12/2008 | 449.23 | 0.00 | 0.00 | 0.00 | 449.23 | 0.00 | |
| Mo. Base Rent Charge | 1/1/2009 | 01/2009 | 1,222.67 | 0.00 | 0.00 | 0.00 | 1,222.67 | 0.00 | |
| Mo. Base Rent Charge | 2/1/2009 | 02/2009 | 1,222.67 | 0.00 | 0.00 | 0.00 | 1,222.67 | 0.00 | |
| CAM Charge | 3/1/2009 | 03/2009 | 53.51 | 0.00 | 0.00 | 0.00 | 53.51 | 0.00 | |
| Mo. Base Rent Charge | 3/1/2009 | 03/2009 | 1,222.67 | 0.00 | 0.00 | 0.00 | 1,222.67 | 0.00 | |
| CAM Charge | 4/1/2009 | 04/2009 | 112.44 | 0.00 | 0.00 | 0.00 | 112.44 | 0.00 | |
| Mo. Base Rent Charge | 4/1/2009 | 04/2009 | 1,222.67 | 0.00 | 0.00 | 0.00 | 1,222.67 | 0.00 | |
| 2/09 Legal Fees | 4/2/2009 | 04/2009 | 275.00 | 0.00 | 0.00 | 0.00 | 275.00 | 0.00 | |
| 1/09 Legal Fees | 4/2/2009 | 04/2009 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 | 0.00 | |
| 05/01-05/14/09 Prorated CAM | 5/1/2009 | 05/2009 | 50.77 | 0.00 | 0.00 | 0.00 | 50.77 | 0.00 | |
| 05/01-05/14/09 Prorated Rent | 5/1/2009 | 05/2009 | 552.17 | 0.00 | 0.00 | 0.00 | 552.17 | 0.00 | |
| 03/09 Legal Fees | 5/2/2009 | 05/2009 | 1,003.50 | 0.00 | 0.00 | 0.00 | 1,003.50 | 0.00 | |
| Legal Fees Lawson Group | 6/22/2009 | 06/2009 | 3,474.62 | 0.00 | 0.00 | 0.00 | 3,474.62 | 0.00 | |
| 2008 CAM Reconciliation | 10/21/2009 | 10/2009 | 1,505.78 | 0.00 | 0.00 | 0.00 | 1,505.78 | 0.00 | |
| Total (032429) Lawson Group, Inc. | | | 14,384.05 | 0.00 | 0.00 | 0.00 | 14,384.05 | 0.00 | |
| PCYPRE1  00064915  224  Current  Associated Personnel Service | | | | | Security Deposit: | | 1,065.00 | | |
| | | | | | | | | | |
| Prepaid 1/2013 Rent ck # 35107 | 12/31/2012 | 12/2012 | -1,065.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,065.00 | |
| Total (00064915) Associated Personnel Service | | | -1,065.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,065.00 | |
| | | | | | | | | | |
| PCYPRE1  00064797  226  Current  KPIT Infosystems, Inc. | | | | | Security Deposit: | | 0.00 | | |
| | | | | | | | | | |
| Prepaid 1/2013 Rent Ck # 9731 | 12/24/2012 | 12/2012 | -2,241.75 | 0.00 | 0.00 | 0.00 | 0.00 | -2,241.75 | |
| Total (00064797) KPIT Infosystems, Inc. | | | -2,241.75 | 0.00 | 0.00 | 0.00 | 0.00 | -2,241.75 | |
| | | | | | | | | | |
| PCYPRE1  032345  300  Inactive  Mediacomp, Inc. | | | | | Security Deposit: | | 0.00 | | |
| | | | | | | | | | |
| CAM Charge | 9/1/2012 | 09/2012 | 6.83 | 0.00 | 0.00 | 0.00 | 6.83 | 0.00 | |
| Mo. Base Rent Charge | 9/1/2012 | 09/2012 | 60.00 | 0.00 | 0.00 | 0.00 | 60.00 | 0.00 | |
| Parking Fee | 9/1/2012 | 09/2012 | 30.00 | 0.00 | 0.00 | 0.00 | 30.00 | 0.00 | |
| Signage Charge | 9/1/2012 | 09/2012 | 100.00 | 0.00 | 0.00 | 0.00 | 100.00 | 0.00 | |
| Tax for PPF | 9/1/2012 | 09/2012 | 2.48 | 0.00 | 0.00 | 0.00 | 2.48 | 0.00 | |
| Remove furniture from suite | 9/28/2012 | 09/2012 | 100.00 | 0.00 | 0.00 | 0.00 | 100.00 | 0.00 | |
| Final CAM Reconcilition | 10/11/2012 | 10/2012 | 1,447.12 | 0.00 | 0.00 | 1,447.12 | 0.00 | 0.00 | |
| Prepaid 1/2013 Rent | 12/31/2012 | 12/2012 | -1,746.43 | 0.00 | 0.00 | 0.00 | 0.00 | -1,746.43 | |
| Total (032345) Mediacomp, Inc. | | | 0.00 | 0.00 | 0.00 | 1,447.12 | 299.31 | -1,746.43 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Database: | DAYMARK | | **Receivable Aging Detail** | | | | | Page: | 3 |
| Report Id: | GERI_ARAGE | | **Cypresswood Drive** | | | | | Date: | 1/11/2013 |
| Consolidated Properti PCYPRE | | | **As of December, 31 2012** | | | | | Time: | 02:38 PM |

| Tenant | Date | Period | Total Owed | 1 to 30 Owed | 31 to 60 Owed | 61 to 90 Owed | over 90 Owed | Pre-Paid | Comments |
|---|---|---|---|---|---|---|---|---|---|
| PCYPRE1  00063652  315   Inactive   Ameron International Corporati | | | | Security Deposit: | | 0.00 | | | |
| Storage Rent Charge | 7/1/2012 | 07/2012 | 137.00 | 0.00 | 0.00 | 0.00 | 137.00 | 0.00 | |
| Total (00063652) Ameron International Corporati | | | 137.00 | 0.00 | 0.00 | 0.00 | 137.00 | 0.00 | |
| PCYPRE1  032350  325   Inactive   Ameron International Corporati | | | | Security Deposit: | | 0.00 | | | |
| CAM Charge | 7/1/2012 | 07/2012 | 108.87 | 0.00 | 0.00 | 0.00 | 108.87 | 0.00 | |
| Mo. Base Rent Charge | 7/1/2012 | 07/2012 | 7,062.75 | 0.00 | 0.00 | 0.00 | 7,062.75 | 0.00 | |
| Parking Fee | 7/1/2012 | 07/2012 | 60.00 | 0.00 | 0.00 | 0.00 | 60.00 | 0.00 | |
| Tax for PPF | 7/1/2012 | 07/2012 | 4.95 | 0.00 | 0.00 | 0.00 | 4.95 | 0.00 | |
| 2012 Final CAM Move out | 8/23/2012 | 08/2012 | 2,290.27 | 0.00 | 0.00 | 0.00 | 2,290.27 | 0.00 | |
| Total (032350) Ameron International Corporati | | | 9,526.84 | 0.00 | 0.00 | 0.00 | 9,526.84 | 0.00 | |
| PCYPRE1  00064806  340   Current   Aiken Engineering Company | | | | Security Deposit: | | 6,798.75 | | | |
| Prepaid 1/2013 Rent ck# 10612 | 12/31/2012 | 12/2012 | -6,243.75 | 0.00 | 0.00 | 0.00 | 0.00 | -6,243.75 | |
| Total (00064806) Aiken Engineering Company | | | -6,243.75 | 0.00 | 0.00 | 0.00 | 0.00 | -6,243.75 | |
| PCYPRE1  032470  350   Current   Forsythe Solutions Group, Inc. | | | | Security Deposit: | | 3,968.00 | | | |
| Prpeaid 1/2013 Rent Ck # 14889 | 12/24/2012 | 12/2012 | -3,753.96 | 0.00 | 0.00 | 0.00 | 0.00 | -3,753.96 | |
| Total (032470) Forsythe Solutions Group, Inc. | | | -3,753.96 | 0.00 | 0.00 | 0.00 | 0.00 | -3,753.96 | |
| PCYPRE1  032416  380   Current   Kalama International, L.L.C. | | | | Security Deposit: | | 4,606.00 | | | |
| 2011 CAM Reconciliation | 5/21/2012 | 05/2012 | -853.58 | 0.00 | 0.00 | 0.00 | -853.58 | 0.00 | |
| Total (032416) Kalama International, L.L.C. | | | -853.58 | 0.00 | 0.00 | 0.00 | -853.58 | 0.00 | |
| PCYPRE1  032349  400   Current   Parker Media Group, L.L.C. | | | | Security Deposit: | | 21,756.00 | | | |
| 2/12-3/12 2 Hrs OT HVAC @45/hr | 4/12/2012 | 04/2012 | 90.00 | 0.00 | 0.00 | 0.00 | 90.00 | 0.00 | |
| 3/12 2 hrs OT HVAC @45/hr | 4/12/2012 | 04/2012 | 90.00 | 0.00 | 0.00 | 0.00 | 90.00 | 0.00 | |
| 5/12 Rentt | 5/1/2012 | 09/2012 | 3,337.10 | 0.00 | 0.00 | 0.00 | 3,337.10 | 0.00 | |
| Parking Fee | 5/1/2012 | 05/2012 | 150.00 | 0.00 | 0.00 | 0.00 | 150.00 | 0.00 | |
| Tax for PPF | 5/1/2012 | 05/2012 | 12.38 | 0.00 | 0.00 | 0.00 | 12.38 | 0.00 | |
| 2011 CAM Reconciliation | 5/21/2012 | 05/2012 | 439.14 | 0.00 | 0.00 | 0.00 | 439.14 | 0.00 | |
| Parking Fee | 6/1/2012 | 06/2012 | 150.00 | 0.00 | 0.00 | 0.00 | 150.00 | 0.00 | |
| Tax for PPF | 6/1/2012 | 06/2012 | 12.38 | 0.00 | 0.00 | 0.00 | 12.38 | 0.00 | |
| Parking Fee | 7/1/2012 | 07/2012 | 150.00 | 0.00 | 0.00 | 0.00 | 150.00 | 0.00 | |
| Tax for PPF | 7/1/2012 | 07/2012 | 12.38 | 0.00 | 0.00 | 0.00 | 12.38 | 0.00 | |
| Parking Fee | 8/1/2012 | 08/2012 | 150.00 | 0.00 | 0.00 | 0.00 | 150.00 | 0.00 | |
| Tax for PPF | 8/1/2012 | 08/2012 | 12.38 | 0.00 | 0.00 | 0.00 | 12.38 | 0.00 | |
| 7/1-7/12 Prorated rent | 8/31/2012 | 08/2012 | 2,077.14 | 0.00 | 0.00 | 0.00 | 2,077.14 | 0.00 | |
| 8/9-8/31/12 Prorated rent | 8/31/2012 | 08/2012 | 5,618.82 | 0.00 | 0.00 | 0.00 | 5,618.82 | 0.00 | |

| Database: | DAYMARK | | Receivable Aging Detail | | | | | Page: | 4 |
| Report Id: | GERI_ARAGE | | Cypresswood Drive | | | | | Date: | 1/11/2013 |
| Consolidated Properti PCYPRE | | | As of December, 31 2012 | | | | | Time: | 02:38 PM |

| Tenant | Date | Period | Total Owed | 1 to 30 Owed | 31 to 60 Owed | 61 to 90 Owed | over 90 Owed | Pre-Paid | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Parking Fee | 9/1/2012 | 09/2012 | 150.00 | 0.00 | 0.00 | 0.00 | 150.00 | 0.00 | |
| Tax for PPF | 9/1/2012 | 09/2012 | 12.38 | 0.00 | 0.00 | 0.00 | 12.38 | 0.00 | |
| Parking Fee | 10/1/2012 | 10/2012 | 150.00 | 0.00 | 0.00 | 150.00 | 0.00 | 0.00 | |
| Tax for PPF | 10/1/2012 | 10/2012 | 12.38 | 0.00 | 0.00 | 12.38 | 0.00 | 0.00 | |
| Parking Fee | 11/1/2012 | 11/2012 | 150.00 | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | |
| Tax for PPF | 11/1/2012 | 11/2012 | 12.38 | 0.00 | 12.38 | 0.00 | 0.00 | 0.00 | |
| Parking Fee | 12/1/2012 | 12/2012 | 150.00 | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Tax for PPF | 12/1/2012 | 12/2012 | 12.38 | 12.38 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Prpeaid 1/2013 Rent ck # 5186 | 12/28/2012 | 12/2012 | -9,416.69 | 0.00 | 0.00 | 0.00 | 0.00 | -9,416.69 | |
| Total (032349) Parker Media Group, L.L.C. | | | 3,534.55 | 162.38 | 162.38 | 162.38 | 12,464.10 | -9,416.69 | |
| | | | | | | | | | |
| PCYPRE1  033926    450    Current    RTI Energy Systems, Inc.    Security Deposit:    10,032.00 | | | | | | | | | |
| | | | | | | | | | |
| 06/11 OT HVAC | 11/10/2011 | 11/2011 | -90.00 | 0.00 | 0.00 | 0.00 | -90.00 | 0.00 | |
| Prepaidrent | 6/25/2012 | 06/2012 | -210.27 | 0.00 | 0.00 | 0.00 | 0.00 | -210.27 | |
| Access Card for Lynn Tabery | 10/24/2012 | 10/2012 | 12.00 | 0.00 | 0.00 | 12.00 | 0.00 | 0.00 | |
| Total (033926) RTI Energy Systems, Inc. | | | -288.27 | 0.00 | 0.00 | 12.00 | -90.00 | -210.27 | |
| PCYPRE1  032468    460    Current    Dr. Michael Lecheminant    Security Deposit:    3,872.00 | | | | | | | | | |
| | | | | | | | | | |
| 12/13-12/31/12 Prorate Parking | 12/17/2012 | 12/2012 | 30.65 | 30.65 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Tax for PPF | 12/17/2012 | 12/2012 | 2.53 | 2.53 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Prepaid 1/2013 Rent ck # 1835 | 12/31/2012 | 12/2012 | -3,791.80 | 0.00 | 0.00 | 0.00 | 0.00 | -3,791.80 | |
| Total (032468) Dr. Michael Lecheminant | | | -3,758.62 | 33.18 | 0.00 | 0.00 | 0.00 | -3,791.80 | |
| | | | | | | | | | |
| Total Cypresswood Drive | | | -38,193.90 | 327.67 | 11,011.12 | 1,753.61 | 31,081.70 | -82,368.00 | |

**B6D (Official Form 6D) (12/07)**

In re _____NNN Cypresswood Drive 25, LLC_____,   Case No. _____12-50952_____

**Debtor**   **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WBCMT 2007-C33 Office 9729, LLC<br>c/o Joanne Lee<br>Foley & Lardner LLP<br>321 N. Clark Street, Suite 2800<br>Chicago, Illinois 60654-5313 | | | 06-20-07<br>1st lien on real property<br><br><br>VALUE $ | | | | $17,500,000.00 | |
| ACCOUNT NO.<br><br>Jemm Investments, Inc.<br>3636 Nobel Drive, Ste. 350<br>San Diego, CA 92122 | | | 12-26-12<br>Closed circuit security system - Purchase Money Security Interest<br><br>VALUE $ | | | | $6,636.00 | |
| ACCOUNT NO.<br><br><br><br><br> | | | <br><br><br>VALUE $ | | | | | |
| ____ continuation sheets<br>____ attached | | | Subtotal ▶<br>(Total of this page) | | | | $ 17,506,636.00 | $ |
| | | | Total ▶<br>(Use only on last page) | | | | $ 17,506,636.00 | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/10)

In re  NNN Cypresswood Drive 25, LLC ,                     Case No. _____12-50952_____
**Debtor**                                                          **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6E (Official Form 6E) (04/10) – Cont.

In re ____NNN Cypresswood Drive 25, LLC____,   Case No.____12-50952____
                    **Debtor**                                      **(if known)**

☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

  Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

____3____ continuation sheets attached

**B6E (Official Form 6E) (04/10) – Cont.**

In re ____NNN Cypresswood Drive 25, LLC____ ,      Case No. _____12-50952_____
            **Debtor**                                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotals▶ (Totals of this page) | | | | $ | $ | |
| | | | Total▶ (Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Totals▶ (Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ | $ |

B6F (Official Form 6F) (12/07)

In re _____NNN Cypresswood Drive 25, LLC_____,    Case No. _____12-50952_____
         **Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Admiral Linen & Uniform Service<br>2030 Kipling Street<br>Houston, TX 77098 | | | TICs - Uniform service. | X | | | 58.87 |
| ACCOUNT NO.<br>Alonti Cafe & Catering<br>1210 W. Clay Street, Ste. 17<br>Houston, TX 77019 | | | TICs - Catering service. | X | | | 1,475.85 |
| ACCOUNT NO.<br>AMB Architects, PLLC<br>8 Greenway Plz, Ste. 404<br>Houston, TX 77046 | | | TICs - Architectural services. | X | | | 107.50 |
| ACCOUNT NO.<br>Jimmy Dee Klores<br>Address not provided by Property Manager. | | | TICs - Monthly monitoring & annual permit for storm water. | X | | | 275.00 |

Subtotal ► $ 1,917.22

__4__ continuation sheets attached

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re      NNN Cypresswood Drive 25, LLC      ,                    Case No.      12-50952
                    **Debtor**                                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AT&T<br>208 S. Akard Street<br>Dallas, TX 75202 | | | TICs - Phone service. | X | | | 244.12 |
| ACCOUNT NO.<br><br>Brown McCarroll LLP<br>15333 JFK Boulevard, Ste. 100<br>Houston, TX 77032 | | | TICs - Legal counsel for lease work. | X | | | 4,537.00 |
| ACCOUNT NO.<br><br>C2 Repographics<br>3180 Pullman Street<br>Costa Mesa, CA 92626 | | | TICs - Print company -- report binding. | X | | | 750.22 |
| ACCOUNT NO.<br><br>Capital Reconstruction Inc.<br>1240 W. 25th Street<br>Houston, TX 77008 | | | TICs - Contractor for tenant improvement project. | X | | | 23,651.06 |
| ACCOUNT NO.<br><br>NRAI Corporate Services, Inc.<br>100 Canal Pointe Boulevard, Ste. 212<br>Princeton, NJ 08540 | | | TICs - Entity compliance. | X | | | 2,640.00 |

Sheet no. _2_ of _5_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $ 31,822.40

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    NNN Cypresswood Drive 25, LLC____ ,        Case No. _____12-50952_____
                  **Debtor**                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bernardo Cortez, Jr.<br>Address not provided by Property Manager. | | | TICs - Employee expense reimbursement. | X | | | 165.12 |
| ACCOUNT NO.<br><br>Anita Henry, RTA<br>Cypress-Fairbanks Indep. School District<br>10494 Jones Road, Room 106<br>Houston, TX 77065 | | | TICs - Tax office. | X | | | 332.15 |
| ACCOUNT NO.<br><br>The Directory Strip Company<br>435 B1 Fm 1092 196<br>Stafford, TX 77477 | | | TICs - Tenant directory strips. | X | | | 27.01 |
| ACCOUNT NO.<br><br>Environmental Coalition, Inc.<br>P.O. Box 1568<br>Stafford, TX 77497 | | | TICs - Pest control. | X | | | 460.02 |
| ACCOUNT NO.<br><br>Geary, Porter & Donovan, PC<br>3900 Essex Lane, Ste. 330<br>Houston, TX 77027-5164 | | | TICs - Legal work real estate taxes. | X | | | 569.35 |

Sheet no. _3_ of _5_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ 1,553.65

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    NNN Cypresswood Drive 25, LLC        ,        Case No.        12-50952
        **Debtor**                                            **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GE Cap c/o Ricoh USA Program<br>5 Dedrick Place<br>West Caldwell, NJ 07006-6398 | | | TICs - Copier. | X | | | 164.08 |
| ACCOUNT NO.<br><br>Don Sumners - Harris County<br>1001 Preston<br>Houston, TX 77002 | | | TICs - Tax office. | X | | | 200.74 |
| ACCOUNT NO.<br><br>Hudson Energy<br>4 Executive Boulevard, Ste. 301<br>Suffern, NY 10901 | | | TICs - Electric. | X | | | 10,168.14 |
| ACCOUNT NO.<br><br>GE Capital Info Tech Solutions, Inc.<br>204 Fourpark Road<br>Lafayette, Louisiana 70507 | | | TICs - Copier.  (Company changed name to GE Cap c/o Ricoh USA Program) | X | | | 83.73 |
| ACCOUNT NO.<br><br>Jack's Lock & Safe, Inc.<br>13915 Panhandle Drive<br>Sugar Land, TX 77498 | | | TICs - Locksmith. | X | | | 144.51 |

Sheet no. _4_ of _5_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $ 10,761.20

Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    NNN Cypresswood Drive 25, LLC        ,    Case No.    12-50952
                    **Debtor**                                        **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Kings III of America, Inc. N.A.<br>751 Canyon Drive, Ste. 100<br>Coppell, TX 75019 | | | TICs - Elevator phone monitoring. | X | | | 142.92 |
| ACCOUNT NO.<br><br>Soji Services<br>9000 Southwest Freeway, Ste. 412<br>Houston, TX 77074 | | | TICs - Janitorial services. | X | | | 270.63 |
| ACCOUNT NO.<br><br>Property Tenants (See Attachment #1) | | | TICs - Security deposits. See Attachment #1 for detail. | X | | | 128,167.00 |
| ACCOUNT NO.<br><br>Tenants in Common (See Attachment #2) | | | TICs - Joint and several liability pursuant to promissory note and TIC Agreement. See Attachment #2 for detail. | X | | | $17,500,000 |
| ACCOUNT NO.<br><br>Daymark Realty Advisors<br>1551 N Tustin Ave.<br>Santa Ana, CA 92705 | | | | X | X | X | UNKNOWN |

Sheet no. 5 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ | $17,628,580.55

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

$17,674,635.02

**NNN CYPRESSWOOD DRIVE 25, LLC**
**12-50952**
**SCHEDULE  F ATTACHMENT #1**

| CREDITOR (TENANT) NAME | ADDRESS | CONSIDERATION | AMOUNT |
|---|---|---|---|
| T. Jackson & Company | 9720 Cypresswood Drive, #120, Houston, TX 77070 | Security Deposit | $4,319.00 |
| DDAP, Inc. | 9720 Cypresswood Drive, #130, Houston, TX 77070 | Security Deposit | $2,638.00 |
| Daniel S. Offutt | 9720 Cypresswood Drive, #150, Houston, TX 77070 | Security Deposit | $2,374.00 |
| Wyman-Gordon Forgings, Inc. | 9720 Cypresswood Drive, #160, Houston, TX 77070 | Security Deposit | $10,663.00 |
| Steel Distributors Int. | 9720 Cypresswood Drive, #180, Houston, TX 77070 | Security Deposit | $2,742.00 |
| Michael Landry, DDS | 9720 Cypresswood Drive, #200, Houston, TX 77070 | Security Deposit | $5,317.00 |
| Heritage Bag Company | 9720 Cypresswood Drive, #204, Houston, TX 77070 | Security Deposit | $2,301.00 |
| The Riddle Law Firm, PC | 9720 Cypresswood Drive, #212, Houston, TX 77070 | Security Deposit | $2,132.00 |
| T.R.R. Inc. | 9720 Cypresswood Drive, #228, Houston, TX 77070 | Security Deposit | $1,977.00 |
| Michael Landry, DDS | 9720 Cypresswood Drive, #247, Houston, TX 77070 | Security Deposit | $2,672.00 |
| Kikis Majewski & Co. | 9720 Cypresswood Drive, #250, Houston, TX 77070 | Security Deposit | $5,183.00 |
| Ireson & Weizel PC | 9720 Cypresswood Drive, #310, Houston, TX 77070 | Security Deposit | $1,401.00 |
| Aiken Engineering Company | 9720 Cypresswood Drive, #340, Houston, TX 77070 | Security Deposit | $6,799.00 |
| Forsythe Solutions Group, Inc. | 9720 Cypresswood Drive, #350, Houston, TX 77070 | Security Deposit | $3,968.00 |
| Cerasis, Inc. | 9720 Cypresswood Drive, #360, Houston, TX 77070 | Security Deposit | $3,587.00 |
| Kalama International, LLC | 9720 Cypresswood Drive, #380, Houston, TX 77070 | Security Deposit | $4,606.00 |
| Parker Media Group, LLC | 9720 Cypresswood Drive, #400, Houston, TX 77070 | Security Deposit | $21,756.00 |
| RTI Energy Systems, Inc. | 9720 Cypresswood Drive, #450, Houston, TX 77070 | Security Deposit | $10,032.00 |
| Dr. Michael Lecheminant | 9720 Cypresswood Drive, #460, Houston, TX 77070 | Security Deposit | $3,872.00 |
| Autonomous Earthmoving Equip. | 9720 Cypresswood Drive, #470, Houston, TX 77070 | Security Deposit | $3,148.00 |
| Leasing Enterprises Ltd. | 9730 Cypresswood Drive, #100, Houston, TX 77070 | Security Deposit | $26,680.00 |
| TOTAL | | | $128,167.00 |

**NNN CYPRESSWOOD DRIVE 25, LLC**
**CASE #12-50952**
**SCHEDULE F ATTACHMENT #2**

| Tenant in Common | Street Address | City / State / Zip |
|---|---|---|
| | | |
| NNN Cypresswood Drive 1, LLC | 1011 S. Uravan Street | Aurora, CO 80017-3324 |
| NNN Cypresswood Drive 3, LLC | P.O. Box 112768 | Naples, FL 34108 |
| NNN Cypresswood Drive 4, LLC | 327 Hershner Drive | Los Gatos, CA 95032-4001 |
| NNN Cypresswood Drive 5, LLC | 6413 Mallards Lane | Coconut Creek, FL 33073-4507 |
| NNN Cypresswood Drive 6 & 7, LLC | 4330 Cinnamon Path | Liverpool, NY 13090 |
| NNN Cypresswood Drive 6 & 7, LLC | 31 White Hollow Road | Northford, CT 06472 |
| NNN Cypresswood Drive 9, LLC | 3905 172nd St. NE | Arlington, WA 98223-7736 |
| NNN Cypresswood Drive 10 & 11, LLC | 1206 N. 350 West | Lafayette, IN 47906-4725 |
| NNN Cypresswood Drive 12, LLC | 54 N. Rocky Point Circle | The Woodlands, TX 77389-7736 |
| NNN Cypresswood Drive 13, LLC | 7395 Old Graham Rd. | Pittsboro, NC 27312-8231 |
| NNN Cypresswood Drive 14, LLC | 209 W Cottonwood St.(Fed/EX) PO Box 486 (non Fed/Ex) | Coldwater, KS 67029-2945 |
| NNN Cypresswood Drive 15 & 16, LLC | 25680 Tonganoxie Rd | Leavenworth, KS 66048-7354 |
| NNN Cypresswood Drive 17 & 18, LLC | 5863 Whale Rock Way | Morrison, CO 80465-2120 |
| | 25515 Blondo St. | Waterloo, NE 68069 |
| NNN Cypresswood Drive 19 & 20, LLC | 280 S. Collier Blvd. Unit 1902 | Marco Island, FL 34145-4868 |
| NNN Cypresswood Drive 21, LLC | 9337 Colorado Cir | Bloomington, MN 55438-1504 |
| NNN Cypresswood Drive 22, LLC | 7501 242nd Pl SW | Edmonds, WA 98026-8539 |
| NNN Cypresswood Drive 23, LLC | 488 Howe Ave | Shelton, CT 06484-3114 |
| NNN Cypresswood Drive 24, LLC | 275 Harrison St., Unit 503 | Denver, CO 80209-3292 |
| NNN Cypresswood Drive 26, LLC | | |
| | 2020 E Casa Linda | West Covina, CA 91791-3919 |
| NNN Cypresswood Drive 27, LLC | 1363 Paseo Isabella | San Dimas, CA 91773 |
| NNN Cypresswood 28, LLC | P.O. Box 3037 | Atascadero, CA 93423-3037 |
| NNN Cypresswood 29, LLC | 2112 Century Park Lane, #410 | Los Angeles, CA 90067-3309 |
| NNN Cypresswood 30, LLC | 1145 Barham Drive, #43 | San Marcos, CA 92078 |
| NNN Cypresswood 31, LLC | 6911Windcrest Estates Ct | Magnolia, TX 77354-4720 |
| NNN Cypresswood 32, LLC | 1558 Sunshine Circle | Chaska, MN 55318-1650 |

| | | |
|---|---|---|
| NNN Cypresswood 33, LLC | 10702 NE 42nd Place | Kirkland, WA 98033-7907 |
| NNN Cypresswood 34, LLC | 1715 S Crumal St | Visalia, CA 93292-9663 |
| | | |

B6G (Official Form 6G) (12/07)

In re _____NNN Cypresswood Drive 25, LLC_____ ,          Case No._____12-50952_____
                    **Debtor**                                                   **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

     Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Property Tenants.  See attached list. | TICs - All parties are tenants of non-residential real estate located at 9720 and 9730 Cypresswood Drive, Houston, TX 77070. |
| Boxer Property Management Corp. 720 N. Post Oak Road, #500 Houston, TX 77024 | TICs - Management and Leasing Agreement |
| Fameco Management Services Associates LP 625 W. Ridge Pike Building A, Suite 100 Conshohocken, PA 19428 | TICs - Asset Management Agreement |
| Breakwater Equity Partners LLC 3636 Nobel Drive, #350 San Diego, CA 92122 | Debtor - Consulting Services Agreement for Bankruptcy Consultation Services |
| Regal Properties 690 W. B Street San Diego, CA 92101 | TICs - Leasing Agreement |
|  |  |

**NNN CYPRESSWOOD DRIVE 25, LLC**
**CASE #12-50952**
**SCHEDULE G ATTACHMENT**

| Tenant | Building #/ Suite # | Lease Expiration | Base Rent |
|---|---|---|---|
| Chicago Title Insurance Company | 9720 / #100 | 11-30-14 | $6,326 |
| Chicago Title Insurance Company | 9720 / #110 | 11-30-14 | $3,674 |
| T. Jackson & Company | 9720 / #120 | 06-30-13 | $4,319 |
| DDAP, Inc. | 9720 / #130 | 05-31-15 | $2,476 |
| Daniel S. Offutt | 9720 / #150 | 08-31-15 | $2,226 |
| Wyman-Gordon Forgings, Inc. | 9720 / #160 | 11-30-12 | $10,663 |
| Steel Distributors Int. | 9720 / #180 | 07-01-15 | $2,630 |
| Michael Landry, DDS | 9720 / #200 | 11-30-20 | $5,433 |
| Heritage Bag Company | 9720 / #204 | 08-31-13 | $2,301 |
| The Riddle Law Firm PC | 9720 / #212 | 09-30-15 | $2,035 |
| Kikis Majewski & Co. | 9720 / #215 | 05-19-12 | $250 |
| Viadzo Inc. | 9720 / #218 | 12-31-99 | $333 |
| KPIT Infosystems Inc. | 9720 / #226 | 03-31-15 | $2,242 |
| TRR Inc. | 9720 / #228 | 08-30-17 | $1,819 |
| Michael Landry, DDS | 9720 / #247 | 11-30-20 | $1,976 |
| Kikis Majewski & Co. | 9720 / #250 | 11-30-16 | $4,605 |
| Mediacomp Inc. | 9720 / #300 | 09-30-12 | $4,882 |
| Ireson & Weizel PC | 9720 / #310 | 08-31-13 | $4,272 |
| Aiken Engineering Company | 9720 / #340 | 07-30-16 | $6,244 |
| Forsythe Solutions Group Inc. | 9720 / #350 | 03-31-14 | $3,546 |
| Cerasis Inc. | 9720 / #360 | 10-31-16 | $3,469 |
| Kalama International LLC | 9720 / #380 | 06-30-13 | $4,454 |
| Parker Media Group LLC | 9720 / #400 | 05-31-17 | $9,417 |
| RTI Energy Systems Inc. | 9720 / #450 | 06-30-13 | $8,250 |
| Dr. Michael Lecheminant | 9720 / #460 | 02-28-18 | $3,543 |
| Autonomous Earthmoving Equip. | 9720 / #470 | 02-28-14 | $3,148 |
| RTI Energy Systems Inc. | 9720 / #490 | 06-30-13 | $3,947 |
| Leasing Enterprises Ltd. | 9730 / #100 | 02-29-20 | $26,356 |

In re ___NNN Cypresswood Drive 25, LLC___ ,          Case No. _____12-50952_____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| See Attached List | |

**NNN CYPRESSWOOD DRIVE 25, LLC**
**CASE #12-50952**
**SCHEDULE H ATTACHMENT**

| Co-Debtors | Street Address | City / State / Zip |
|---|---|---|
| | | |
| NNN Cypresswood Drive 1, LLC | 1011 S. Uravan Street | Aurora, CO 80017-3324 |
| NNN Cypresswood Drive 3, LLC | P.O. Box 112768 | Naples, FL 34108 |
| NNN Cypresswood Drive 4, LLC | 327 Hershner Drive | Los Gatos, CA 95032-4001 |
| NNN Cypresswood Drive 5, LLC | 6413 Mallards Lane | Coconut Creek, FL 33073-4507 |
| NNN Cypresswood Drive 6 & 7, LLC | 4330 Cinnamon Path | Liverpool, NY 13090 |
| NNN Cypresswood Drive 6 & 7, LLC | 31 White Hollow Road | Northford, CT 06472 |
| NNN Cypresswood Drive 9, LLC | 3905 172nd St. NE | Arlington, WA 98223-7736 |
| NNN Cypresswood Drive 10 & 11, LLC | 1206 N. 350 West | Lafayette, IN 47906-4725 |
| NNN Cypresswood Drive 12, LLC | 54 N. Rocky Point Circle | The Woodlands, TX 77389-7736 |
| NNN Cypresswood Drive 13, LLC | 7395 Old Graham Rd. | Pittsboro, NC 27312-8231 |
| NNN Cypresswood Drive 14, LLC | 209 W Cottonwood St.(Fed/EX) PO Box 486 (non Fed/Ex) | Coldwater, KS 67029-2945 |
| NNN Cypresswood Drive 15 & 16, LLC | 25680 Tonganoxie Rd | Leavenworth, KS 66048-7354 |
| NNN Cypresswood Drive 17 & 18, LLC | 5863 Whale Rock Way | Morrison, CO 80465-2120 |
| NNN Cypresswood Drive 19 & 20, LLC | 25515 Blondo St. 280 S. Collier Blvd. Unit 1902 | Waterloo, NE 68069 Marco Island, FL 34145-4868 |
| NNN Cypresswood Drive 21, LLC | 9337 Colorado Cir | Bloomington, MN 55438-1504 |
| NNN Cypresswood Drive 22, LLC | 7501 242nd Pl SW | Edmonds, WA 98026-8539 |
| NNN Cypresswood Drive 23, LLC | 488 Howe Ave | Shelton, CT 06484-3114 |
| NNN Cypresswood Drive 24, LLC | 275 Harrison St., Unit 503 | Denver, CO 80209-3292 |
| NNN Cypresswood Drive 26, LLC | | |
| NNN Cypresswood Drive 27, LLC | 2020 E Casa Linda 1363 Paseo Isabella | West Covina, CA 91791-3919 San Dimas, CA 91773 |
| NNN Cypresswood Drive 28, LLC | P.O. Box 3037 | Atascadero, CA 93423-3037 |
| NNN Cypresswood Drive 29, LLC | 2112 Century Park Lane, #410 | Los Angeles, CA 90067-3309 |
| NNN Cypresswood Drive 30, LLC | 1145 Barham Drive, #43 | San Marcos, CA 92078 |
| NNN Cypresswood Drive 31, LLC | 6911Windcrest Estates Ct | Magnolia, TX 77354-4720 |
| NNN Cypresswood Drive 32, LLC | 1558 Sunshine Circle | Chaska, MN 55318-1650 |
| NNN Cypresswood Drive 33, LLC | 10702 NE 42nd Place | Kirkland, WA 98033-7907 |
| NNN Cypresswood Drive 34, LLC | 1715 S Crumal St | Visalia, CA 93292-9663 |
| | | |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **NNN Cypresswood Drive 25, LLC**                                    Case No.   **12-50952**
_____                          Chapter   **11**
Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __31__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **January 29, 2013**                              Signature   **/s/ James H. Love**
                                                                    **James H. Love**
                                                                    **Member**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.